# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE APPLICATION OF SAVAN MAGIC LTD. TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 2:17-cv-01689-JCM-NJK<br><br>ORDER |

Pending before the Court is Respondent's motion to quash. Docket No. 12. The motion requests that either the motion be decided before the scheduled deposition date (August 17, 2017) or that the Court stay the discovery sought pending resolution of the motion to quash. *See* Docket No. 12 at 10. The Court hereby **ORDERS** that this motion be briefed pursuant to the default briefing schedule in the local rules (*see* Local Rule 7-2) and that it will be decided in the ordinary course. The Court also **STAYS** Respondent's obligation to produce documents or appear for deposition pending resolution of the motion to quash.

Moreover, the underlying meet-and-confer occurred on July 25, 2017. *See* Docket No. 12-2 at ¶ 3. On July 26, 2017, a check was mailed for witness fees and mileages. *See* Docket No. 12-3 at 4. Because the meet-and-confer occurred prior to that event, counsel must further confer on this issue at

this time. That conference shall be initiated by Respondent and shall take place no later than August 4, 2017.[1]

IT IS SO ORDERED.

DATED: July 31, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] To the extent helpful to the meet-and-confer process, the undersigned has previously addressed the issue of tendering payment with a subpoena. *See Aevoe Corp. v. AE Tech Co.*, 2013 WL 4714273, at *1 (D. Nev. Aug. 30, 2013).