# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE APPLICATION OF SAVAN MAGIC LTD. TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 2:17-cv-01689-JCM-NJK<br><br>ORDER |

This case involves a request for discovery related to an underlying action in Singapore. On October 4, 2017, Respondent represented that the Singaporean court was schedule to rule on a dispositive motion within 30 days. Docket No. 38 at 5. The parties shall file, no later than November 20, 2017, a joint status report as to the resolution of that motion. To the extent a written decision was issued, it shall be attached as an exhibit to that joint status report.

IT IS SO ORDERED.

DATED: November 13, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge